**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Jedediah STOUT, Defendant-Appellant.**

No. 16-4139

United States Court of Appeals, Eighth Circuit.

Submitted: October 26, 2017

Filed: October 31, 2017

David R. Mercer, Asst. Fed. Public Defender, Springfield, MO (Laine Cardarella, Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

James J. Kelleher, Asst. U.S. Atty., Springfield, MO, for appellee.

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Jedediah Stout directly appeals the sentence the district court[1] imposed after he pleaded guilty to arson and other offenses. His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), questioning the sub-

---

1. The Honorable Rodney W. Sippel, Chief Judge, United States District Court for the Eastern District of Missouri.

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

stantive reasonableness of Stout's prison term and the propriety of a restitution order.

Upon careful review,[2] we conclude that the district court did not impose a substantively unreasonable sentence, *see United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard; discussing substantive reasonableness), and that the court did not err in ordering restitution, *see* 18 U.S.C. § 3663A(c) (authorizing restitution). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and we affirm.

---

**2.** We decline to enforce an appeal waiver in Stout's plea agreement. *See United States v.*

*Boneshirt,* 662 F.3d 509, 515-16 (8th Cir. 2011).